UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONEY MAYS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AIG PROPERTY CASUALTY COMPANY, et al.,<br><br>    Defendants. | Case No. 23-cv-12394<br><br>Honorable Robert J. White |

**ORDER GRANTING DEFENDANT AIG'S MOTION FOR ALTERNATE SERVICE OF A NON-PARTY WITNESS, ANGEL LUIS BARGAS**

This matter having come before the Court pursuant to AIG Property Casualty Company's Motion for Alternate Service of a Non-Party Witness, Angel Luis Bargas, and the Court being fully advised; therefore,

IT IS HEREBY ORDERED that Defendant AIG may serve Angel Luis Bargas:

   a. by leaving a copy of the subpoena with a person at the witness's residence who is of suitable age and discretion;

   b. by sending a copy of same to the last known address of Angel Bargas via regular and certified mail, return receipt requested;

   c. by posting same at the last known address.

or in an alternate manner as determined by the Court.

  This Order does not resolve the last pending claim, and does not close the case

  SO ORDERED.

Dated: June 12, 2025        s/Robert J. White
                Robert J. White
                United States District Judge